UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN M. SOSA,

                Plaintiff,

-v-

IMMIGRATION AND NATURALIZATION SERVICE,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

No. 09 Civ. 4372 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    This action has been reassigned to my docket. Accordingly,

    IT IS HEREBY ORDERED that, no later than Monday, October 19, 2009, the parties shall submit a *joint* letter, not to exceed ten (10) pages, providing, in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A list of all existing deadlines and any upcoming conferences that were previously scheduled;

(5) A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(6) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7) The estimated length of trial;

(8) Any other information that you believe may assist this Court in resolving this action.

The joint letter shall be sent directly to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

The Court will thereafter hold a status conference on October 30, 2009, at 4:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The conference previously scheduled for 10:00 a.m. on October 30, 2009, is hereby adjourned.

SO ORDERED.

Dated: October 5, 2009
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2